# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | CASE NUMBER: 09-20549 |
|---|---|
| Plaintiff(s), | HONORABLE DENISE PAGE HOOD |
| v. | |
| D2 - MOHAMMAD ABDUL BASSIR, | |
| Defendant(s). / | |

**NOTICE OF:**
**JURY TRIAL**

You are hereby notified to appear before the Honorable Denise Page Hood, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 237 |
|---|---|---|
| January 19, 2010 | 9:00 a.m. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

**CERTIFICATE OF MAILING**

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 15, 2009, by electronic and/or ordinary mail.

Date: December 15, 2009                                s/ WILLIAM F. LEWIS
                                                       Deputy Clerk        313-234-5165