UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

             **Plaintiff,**

Case No. 09-CR-20549-DT-05

    vs.

**DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**

**MUJAHID CARSWELL,**

                                       /

## ORDER AMENDING CONDITIONS OF RELEASE

**IT IS ORDERED** that the unsecured bond previously set in the above-captioned case is hereby continued in the amount of Ten Thousand Dollars ($10,000.00).

**IT IS FURTHER ORDERED** that all conditions previously set are continued along with the following amended condition(s) of release:

1. The defendant is restricted to his residence every day and may only leave between the hours of 12:00 p.m. to 2:00 a.m. for the purpose of his employment.

                                            S/Denise Page Hood
                                            Denise Page Hood
                                            United States District Judge

Dated: February 24, 2010

     I hereby certify that a copy of the foregoing document was served upon counsel of record on February 24, 2010, by electronic and/or ordinary mail.

                                            S/William F. Lewis
                                            Case Manager